IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHANIE E. SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-4749-MHC |

### ORDER

This case was consolidated with the following related case: <u>Felix v. Hospitality Staffing Solutions, LLC</u>, Case No. 1:23 cv 03522 MHC (N.D. Ga. Aug. 8, 2023). Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

**IT IS SO ORDERED** this 6th day of February, 2024.

_____
MARK H. COHEN
United States District Judge